UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TTYLER DIVISION

| | | |
|---|---|---|
| WAZLASHIL JOHNSON | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CASE 6:21-CV-470 |
| | § | |
| NEWREZ, LLC D/B/A SHELLPOINT | § | |
| MORTRGAGE SERVICING | § | |
| Defendant. | § | |

## MOTION FOR WITHDRAWAL OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW COMES** Movant, B. Diane Heindel, Attorney for Plaintiff, WAZLASHIL JOHNSON, (hereinafter Plaintiff), and brings this Motion for Withdrawal of Counsel, and in support thereof, shows the Court the following:

I.

Good cause exists for withdrawal of Movant as counsel because Plaintiff consents to this withdrawal. Said consent is evidenced by Plaintiff's signature affixed hereto.

II.

The settings and deadlines in this case are as follows:

1.  Attorneys for Plaintiff and Defendant to confer by January 7, 2022 and file joint report by January 21, 2022.

III.

This Motion is not sought for the purposes of delay.

IV.

1

A copy of this motion bearing the enclosed notice has been delivered to the last known address of Plaintiff.

WAZLASHIL JOHNSON
11270 Hwy 16 E
Tyler, Texas 75706

V.

Plaintiff is hereby notified in writing of the right to object to this motion.

### NOTICE

**You are hereby notified that this Motion for Withdrawal of Counsel is set for hearing at the time and place set out below.  You do not have to agree to this motion. If you wish to contest the withdrawal of B. Diane Heindel as your attorney, you should appear at the hearing.  If you do not oppose B. Diane Heindel's withdrawal as your attorney, you may notify B. Diane Heindel in writing of your consent to this motion.**

**WHEREFORE, PREMISES CONSIDERED**, Movant prays that the Court enters an order discharging Movant as attorney of record for Plaintiff, WAZLASHIL JOHNSON, and for such other and further relief that may be awarded at law or in equity.

Respectfully submitted,

LAW OFFICE OF B. DIANE HEINDEL, P.C.

By: _____
B. Diane Heindel

2

Texas Bar No. 24028402
Email:  office@heindel-law.com
P.O. Box 7792
Tyler, Texas 75711
Tel. (903) 533-9900
Fax. (903) 533-9989
Attorney for Plaintiff
WAZLASHIL JOHNSON

WAZLASHIL JOHNSON

## CERTIFICATE OF SERVICE

I certify that on December 30, 2021 a true and correct copy of B. Diane Heindel's Motion for Withdrawal of Counsel was served on Walter McInnis electronically through the electronic filing manager.

B. Diane Heindel

3