UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00470

**Wazlashil Johnson,**
*Plaintiff,*

v.

**Newrez LLC d/b/a Shellpoint Mortgage Servicing LLC,**
*Defendant.*

### ORDER

On January 5, 2022, the court ordered plaintiff with the assistance of counsel to inform the court how plaintiff intends to proceed. Doc. 6. The deadline for plaintiff to respond was January 14, 2022. Plaintiff has failed to respond.

Ms. Heindel is ordered to show cause for failing to comply with the court order. At this time, the court has not ruled on the motion to withdraw. Ms. Heindel remains the attorney of record for plaintiff, and the court's order specifically ordered her to assist plaintiff in responding. Ms. Heindel should file her response to this order on or before January 28, 2022. Ms. Heindel should also provide a response to the court's January 5 order at that time.

*So ordered by the court on January 25, 2022.*

J. CAMPBELL BARKER
United States District Judge