UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TTYLER DIVISION

| | |
|---|---|
| WAZLASHIL JOHNSON § | |
| Plaintiff, § | |
| § | |
| V. § | CASE 6:21-CV-470 |
| § | |
| NEWREZ, LLC D/B/A SHELLPOINT § | |
| MORTRGAGE SERVICING § | |
| Defendant. § | |

### RESPONSE TO COURT'S ORDER OF JANUARY 25, 2022

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** B. Diane Heindel, Attorney for Plaintiff, WAZLASHIL JOHNSON, (hereinafter Plaintiff), and files this response to the Court's Show Cause Order of January 25, 2022.

I.

When the Court's order of January 5, 2022 was received, the date for response was wrongly entered on the office calendar. Attorney's failure to comply with the Court's order was the result of a mistake and not the result of conscious indifference or willful disobedience.

II.

Simultaneously with the filing of this response, Plaintiff's attorney is filing a response to the Court's order of January 5, 2022.

Respectfully submitted,

1

                                    LAW OFFICE OF B. DIANE HEINDEL, P.C.

                                    */s/ B. Diane Heindel*

By: _____

                    B. Diane Heindel
                    Texas Bar No. 24028402
                    Email:  office@heindel-law.com
                    P.O. Box 7792
                    Tyler, Texas 75711
                    Tel. (903) 533-9900
                    Fax. (903) 533-9989
                    Attorney for Plaintiff
                    WAZLASHIL JOHNSON

## **CERTIFICATE OF SERVICE**

     I certify that on January 28, 2022 a true and correct copy of B. Diane Heindel's Response was served on Walter McInnis electronically through the electronic filing manager.

                                    */s/ B. Diane Heindel*

                                    _____

                                    B. Diane Heindel