UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00470

**Wazlashil Johnson,**
*Plaintiff,*

v.

**Newrez LLC d/b/a Shellpoint Mortgage Servicing LLC,**
*Defendant.*

### ORDER

On January 3, 2022, plaintiff's counsel filed a motion to withdraw. Given plaintiff's consent, the court finds good cause for the withdrawal. Accordingly, the motion is granted. Movant B. Diane Heindel is withdrawn as counsel of record for plaintiff. All notices in this cause shall hereafter be served on plaintiff at the last known address for plaintiff: Wazlashil Johnson, 11270 Hwy 16 E Tyler, TX 75706.

Since plaintiff is now proceeding pro se, this case falls under General Order 05-07. The court designates a magistrate judge to the full extent authorized by 28 U.S.C. § 636(b)(1) and General Order 05-07 to handle all pretrial matters in this case, including dispositive motions.

*So ordered by the court on February 7, 2022.*

J. CAMPBELL BARKER
United States District Judge