UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00470

**Wazlashil Johnson,**
*Plaintiff,*

v.

**Newrez LLC d/b/a Shellpoint Mortgage Servicing LLC,**
*Defendant.*

# ORDER

Plaintiff Wazlashil Johnson filed this action asserting claims for DTPA violations, fraud, negligent misrepresentation, and breach of contract. Doc. 3. The case was removed to federal court and referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b). Docs. 1 and 11.

On April 4, 2022, the magistrate judge issued a report recommending that the complaint be dismissed without prejudice for failure to prosecute. Doc. 15. Plaintiff did not file written objections. When a party fails to object to a magistrate judge's report, the court reviews the record only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court dismisses this action without prejudice.

*So ordered by the court on May 6, 2022.*

J. CAMPBELL BARKER
United States District Judge