UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00470

**Wazlashil Johnson,**
*Plaintiff,*

v.

**Newrez LLC d/b/a Shellpoint Mortgage Servicing LLC,**
*Defendant.*

### FINAL JUDGMENT

The court, having rendered its decision by order and opinion, hereby enters final judgment. This action is dismissed without prejudice. Any outstanding motions are denied as moot. The clerk of court is directed to close the case.

*So ordered by the court on May 6, 2022.*

J. CAMPBELL BARKER
United States District Judge